[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 10-12364
Non-Argument Calendar

_____

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
DECEMBER 8, 2010
JOHN LEY
CLERK

D.C. Docket No. 0:08-cr-60177-JIC-3

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

JULIO LENIS,
a.k.a. Rafael Dario Pena,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Southern District of Florida

_____

(December 8, 2010)

Before BARKETT, HULL and MARTIN, Circuit Judges.

PER CURIAM:

Robin J. Farnsworth, appointed counsel for Julio Lenis in this direct

criminal appeal, has filed a motion to withdraw on appeal supported by a brief prepared pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967).  Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct.  Because independent examination of the entire record reveals no arguably meritorious issues, counsel's motion to withdraw is **GRANTED**, and Lenis's convictions and sentences are **AFFIRMED**.